# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEA BEAUMONT,<br><br>                               Plaintiff,<br><br>vs.<br><br>GOVERNMENT CLAIMS BOARD VICTIMS COMPENSATION GRANT,<br><br>                              Defendants. | CASE NO. 19cv345-LAB (LL)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Bea Beaumont brought this case seeking to recover damages from the California "Government Claims Board Victims Compensation Grant" related to an assault she allegedly suffered while employed as a high school teacher. *See* Complaint, Dkt. 1. Noting that disputes with the Claims Board are matters for state courts and agencies, the Court issued an Order to Show Cause ("OSC") on February 25, 2019 requiring Beaumont to demonstrate why this case should not be dismissed for lack of federal jurisdiction.

On March 19, 2019, Beaumont partially responded, requesting an extension of time to respond to the OSC until April 22, 2019. Dkt. 6. The Court granted that extension but cautioned that "[i]f she fails to show cause or does not respond, this case will be dismissed without prejudice. Dkt. 7. April 22, 2019 has come and gone, but Beaumont

///

has not responded to the Court's OSC.[1]  This action is therefore **DISMISSED WITHOUT PREJUDICE**.  Beaumont may pursue her claims in state court or in some other court where jurisdiction is proper.  The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: April 29, 2019

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

---

[1] The Court acknowledges that its order granting Beaumont an extension of time was "returned as undeliverable." See Dkt. 9. But the Court's original OSC was likewise returned as undeliverable and Beaumont still responded that order, so the Court has reason to believe that Beaumont has other means of accessing the docket. In any event, it is incumbent on litigants (not the Court) to ensure that their mailing addresses are correct so that they timely receive copies of filed documents.